the law within the discretion of the jury. Finding no error, the judgment is affirmed.

---

**1**

Owen CLEVELAND v. STATE. (No. 9242.)
(Court of Criminal Appeals of Texas. June 17, 1925.) Appeal from District Court, San Jacinto County; J. L. Manry, Judge. J. M. Hansbro, of Cold Springs, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Appellant is under conviction for transporting intoxicating liquor; his punishment being one year in the penitentiary. No exceptions were reserved to any proceeding during the trial. The evidence supports the verdict. The judgment is affirmed.

---

**2**

Ed CORBETT v. STATE. (No. 9431.)
(Court of Criminal Appeals of Texas. June 10, 1925.) Appeal from District Court, Henderson County; Ben F. Dent, Judge. Miller & Miller, of Athens, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is manslaughter. Punishment, two years in the penitentiary. Appellant has filed his sworn request to withdraw the appeal, stating that he desires no longer to prosecute same. In compliance with such request, the appeal is ordered dismissed.

---

**3**

A. J. DAVIS v. STATE. (No. 9164.)
(Court of Criminal Appeals of Texas. June 3, 1925.) Appeal from District Court, Navarro County; Hawkins Scarborough, Judge. Lovett & Miller, of Corsicana, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Navarro county of forgery, and his punishment fixed at two years in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment charges the offense and is followed by the instructions given the jury. Finding no error in the record, the judgment will be affirmed.

---

**4**

Albert J. DAVIS v. STATE. (No. 9165.)
(Court of Criminal Appeals of Texas. June 3, 1925.) Appeal from District Court, Navarro County; Hawkins Scarborough, Judge. Lovett & Miller, of Corsicana, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of Navarro county of forgery, and his punishment fixed at two years in the penitentiary. The record is before us without statement of facts or bills of exception. The indictment charges the offense and is followed by the instructions given the jury. Find-

ing no error in the record, the judgment will be affirmed.

---

**5**

Albert J. DAVIS v. STATE. (No. 9166.)
(Court of Criminal Appeals of Texas. June 3, 1925.) Appeal from District Court, Navarro County; Hawkins Scarborough, Judge. Lovett & Miller, of Corsicana, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the offense of forgery; punishment fixed at confinement in the penitentiary for a period of two years. The indictment seems regular. A plea of guilty was entered. No faults have been observed in the verdict, judgment, or sentence. We find no complaints of the procedure. The judgment is affirmed.

---

**6**

Earl GATLING v. STATE. (No. 9498.)
(Court of Criminal Appeals of Texas. May 27, 1925.) Appeal from District Court, Hunt County; J. M. Melson, Judge. Porter & Porter, of Greenville, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J. Conviction is for felony theft. Punishment, two years in the penitentiary. Defendant has filed an affidavit making known to this court that he no longer desires to prosecute his appeal, but wishes to withdraw same. In compliance with said request the appeal is dismissed.

---

**7**

Lawton HARDY v. STATE. (No. 9561.)
(Court of Criminal Appeals of Texas. June 17, 1925.) Appeal from Criminal District Court No. 2, Dallas County; C. A. Pippen, Judge. E. L. Roark and Guy N. Williams, both of Dallas, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for robbery; punishment fixed at confinement in the penitentiary for a period of five years. At the request of the appellant, duly verified by his written affidavit, the appeal is dismissed.

---

**8**

Hugh JOHNSON v. STATE. (No. 9174.)
(Court of Criminal Appeals of Texas. June 3, 1925.) Appeal from Criminal District Court, Tarrant County; Geo. E. Hosey, Judge. McLean, Scott & Sayers, of Fort Worth, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the criminal district court of Tarrant county of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary. The case was one dependent on circumstantial evidence, and the charge of the court upon this phase of the law seems sufficient.